IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES D. MCDONALD ORGANIZATION,** | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 02-143 |
| **PROVIDIAN BANK,** | : : : | |
| Defendant. | : : | |

**ORDER**

**AND NOW,** on this 6th day of June, 2005, the Court finding that Plaintiff has failed to prosecute this matter for over one (1) year, **IT IS HEREBY ORDERED** that this matter shall be involuntarily dismissed without prejudice within thirty (30) days of the date of this Order unless Plaintiff opposes dismissal and shows good cause as to why the case should not be involuntarily dismissed for want of prosecution pursuant to Local Rule 41.1(a).

BY THE COURT:

/S/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**